UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ali A., | File No. 26-cv-826 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General of the United States*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; U.S. Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

---

Petitioner Ali A. is a citizen of Jordan who was detained by Immigration and Customs Enforcement ("ICE") in Minneapolis, Minnesota, on January 23, 2026. Pet. [ECF No. 1] ¶¶ 2, 10. Ali filed a Verified Petition for Writ of Habeas Corpus on January 29, 2026, seeking release, or in the alternative, a bond hearing. *See* Pet. "On January 24, 2026, [Ali] was transferred to an ICE facility in El Paso, Texas, due to bed space constraints in Minnesota." ECF No. 7 ¶ 6. At the time Ali's Petition was filed, he was "detained by ICE in ERO El Paso Camp East Montana in Texas." Pet. ¶ 2. Respondents have filed a motion to dismiss or to transfer Ali's Petition to the Western District of Texas, the district of Ali's confinement. ECF Nos. 4, 6.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7.  This exception does not apply here.  It is undisputed that Ali was detained in Texas at the time he filed his Petition.  *See* Pet. ¶¶ 2, 10.  Accordingly, the Court lacks jurisdiction over Ali's Petition and will transfer it to the Western District of Texas.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Respondents' Motion to Dismiss or Transfer [ECF No. 4] is **GRANTED**.

2. Petitioner Ali A.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Western District of Texas.

Dated:  February 3, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court